## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **VONEDA LAURA SLAUGHTER,** | : | |
| | : | |
| **Plaintiff,** | : | **NO. 5:11-CV-366 (MTT)** |
| | : | |
| **VS.** | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| | : | |
| **Defendant.** | : | **SOCIAL SECURITY APPEAL** |
| | : | |

## ORDER

Presently pending in this Social Security appeal is the Plaintiff's Motion for Leave to Proceed *in forma pauperis*.  Doc. 2.  Plaintiff has attached to this motion a short-form affidavit generally attesting to her inability to pay the costs of filing this action.  Upon review of this motion and attached affidavit, the Court has determined that additional information is required before ruling on Plaintiff's request.  Accordingly, Plaintiff is directed to complete and file with the Court either of the following *in forma pauperis* forms: 1) Application to Proceed without Prepaying Fees or Costs (IFP), (AO239), which can be found on the Court's website, www.gamd.uscourts.gov, under the heading "Forms/Publications"; or 2) Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, Federal Rules of Appellate Procedure, Appendix of Forms, Form 4.

**SO ORDERED AND DIRECTED**, this 16th day of September, 2011.


s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge